FREDERICK L. THOMPSON. Appellant, *v.* FIFTH AVENUE BANK OF NEW YORK, as Executor of HORACE J. BROOKES, Deceased, et al., Respondents.

Argued December 2, 1936; decided December 31, 1936.

*Warner F. Thompson, James P. Ronaghan, John Kirkland Clark, Edward T. Welch* and *George F. Thompson* for appellant.

*Frederick N. Van Zandt* and *H. A. Cushing* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.